IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-AP-2121**

**TONIA M. OLSEN,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion Attorney's Fees Under EAJA, filed July 1, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of $4,104.10.

Dated: July 5, 2005

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court